

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-36,732-02

### EX PARTE GEORGE OLIVER MCKNIGHT, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1149919-A IN THE 177TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of robbery and sentenced to thirty-two years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *McKnight v. State*, No. 14-08-00770-CR (Tex. App.—Houston [14th Dist.] Dec. 17, 2009) (not designated for publication).

Applicant's 11.07 application raises nine grounds for relief and his memorandum of law exceeds fifty pages. The habeas court found that the memorandum's length renders the writ

application non-compliant and recommended dismissing. TEX. R. APP. P. 73.1(d). However, the habeas record contains "Applicant's Pro Se Motion For Suspension Of Rules," in which he requests leave to exceed the page limitation. TEX. R. APP. P. 73.1(d). It is not clear if the habeas court considered Applicant's motion and its recommendation to dismiss implicitly rejects Applicant's request, or whether the court was unaware of the motion. We remand this application to the 177th District Court of Harris County to allow the trial judge to clarify the record by either making an explicit ruling on the motion, or to find that its recommendation should be construed as a denial of the motion.

This application will be held in abeyance until the trial court has resolved this issue, which shall be resolved within 45 days of this order. A supplemental transcript shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: June 10, 2015
Do not publish